

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY HAMILTON #367718** | **CIVIL ACTION** |
| versus | **NO. 07-3678** |
| **BURL CAIN, WARDEN** | **SECTION: "N" (1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the traverse filed October 5, 2007, and the objections filed October 29, 2007 to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Larry Hamilton** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
__ Fee_____
__ Process____
 X  Dktd____
__ CtRmDep__
__ Doc. No.__
```